■ Town of German Flats et al., as Owners and Operators of Mohawk Valley General Hospital and Another, Plaintiffs, v Aetna Casualty And Surety Company et al., Defendants, and Zurich Insurance Company, as Industrial Risk Insurers, Appellant. St. Paul Fire and Marine Insurance Company, Third-Party Plaintiff, v Hospital Corporation of America et al., Third-Party Defendants-Respondents. (Appeal No. 2.)—Judgment unanimously reversed on the law without costs, cross motion denied, motion granted and counterclaim dismissed. Same Memorandum as in *Town of German Flats v Aetna Cas. & Sur. Co.* ([appeal No. 1] 174 AD2d 1003 [decided herewith]). (Appeal from Judgment of Supreme Court, Herkimer County, Bergin, J.—Summary Judgment.) Present—Callahan, J. P., Denman, Balio, Lawton and Lowery, JJ.